AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Allen Fredricks, | ) | Case No. 19mj6421-AOV |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 30, 2019, and August 8, 2019,  in the county of  Broward  in the
Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Count 1: Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 841(a)(1) | Count 2: Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

J. Brian Whitworth, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: Sept. 10, 2019

_____
Judge's signature

City and state:   Fort Lauderdale, Florida    Alicia O. Valle, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, J. Brian Whitworth, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA") and have served in this capacity since March 2012. Currently, I am assigned to Enforcement Group 6 in the Miami Field Division.[1] As a DEA Special Agent, I have participated in the execution of numerous search and seizure warrants, resulting in the seizure of illegal controlled substances, packaging materials, firearms, and other tools of the drug trade. I also participated in debriefings of narcotic traffickers, cooperating individuals, and sources of information. Through these debriefings, I have become familiar with the terminology, code words, and brand names used by drug dealers. In addition, I have testified before grand juries on a number of occasions, resulting in federal indictments. I also have experience assisting an investigation that involved money laundering, and international drug trafficking and conspiracy.

2. I previously completed a sixteen-week DEA Basic Agent training program at the DEA Training Academy in Quantico, Virginia, where I received detailed training, both academic and practical application, in the areas of informant handling/debriefing, interview and interrogation techniques, undercover techniques, and the method used by drug traffickers pertaining to the packaging, pricing, importation, and trafficking of controlled substances. In addition, I received academic and practical application training in surveillance and counter surveillance techniques/methods. I also received legal instruction in the Controlled Substances Act, federal drug conspiracy law, Federal Rules of Evidence, Fourth Amendment searches and seizures, the

---

[1] Prior to this assignment, I was an officer/detective with the Charlotte-Mecklenburg Police Department in Charlotte, North Carolina, for over twelve and half (12.5) years.

1

execution of search warrants, and drafting affidavits. Through my training and experience, I am familiar with the actions, traits, habits, and terminology utilized by drug traffickers, as well as the manner in which they conduct their business, including methods of importing and distributing narcotics, money laundering, the use of cellular telephones and the Internet to facilitate their illegal acts, and the use of numerical codes and code words to conduct drug transactions.

3. As a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

4. I make this Affidavit in support of a criminal complaint charging **Christopher Allen FREDRICKS** with two counts of knowingly and intentionally possessing with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that the violations involved five (5) grams or more of methamphetamine, a Schedule II controlled substance.

5. I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

6. Between in or around June 2019 and in or around August 2019, a law enforcement officer acting in an undercover capacity ("UC") made contact with Christopher Allen

FREDRICKS in order to purchase crystal methamphetamine from FREDRICKS.

7. On or about July 3, 2019, the UC met with FREDRICKS in Davie, Florida, which is in the Southern District of Florida. The UC paid two hundred forty dollars ($240.00) in United States currency to FREDRICKS in exchange for approximately four point three (4.3) grams of crystal methamphetamine. The substance field-tested positive for methamphetamine.

8. On or about July 11, 2019, the UC met with FREDRICKS in Davie, Florida, in order to purchase approximately one (1) ounce of crystal methamphetamine. The UC paid eight hundred thirty dollars ($830.00) in United States currency to FREDRICKS in exchange for approximately one (1) ounce of crystal methamphetamine. The substance field-tested positive for methamphetamine.

9. On or about July 30, 2019, the UC met with FREDRICKS in Fort Lauderdale, Florida – which is in the Southern District of Florida – in order to purchase approximately one (1) ounce of crystal methamphetamine. When FREDRICKS met with the UC, FREDRICKS asked whether the UC was a DEA agent. The UC denied being a DEA agent, which prompted FREDRICKS to state that the DEA recently arrested one of his associates in Palm Beach County. FREDRICKS then conducted the transaction, giving approximately one (1) ounce of crystal methamphetamine to the UC in exchange for eight hundred dollars ($800.00) in United States currency. The $800.00 was DEA Official Advanced Funds ("OAF"). Laboratory analysis determined that the amount of pure methamphetamine purchased on this date was 28.10 grams ± 1.03 grams with a purity rate of 100% ± 4%.

10. On or about August 8, 2019, the UC arranged to meet with FREDRICKS in order to purchase approximately two (2) ounces of crystal methamphetamine. The meeting occurred

in Pompano Beach, Florida – which is in the Southern District of Florida. During the meeting, FREDRICKS told the UC that he only had one and a half (1.5) ounces of crystal methamphetamine in his possession. The UC then provided one thousand two hundred dollars ($1,200) in United States currency to FREDRICKS in exchange for the one and a half (1.5) ounces of crystal methamphetamine. The $1,200.00 was DEA OAF. Laboratory analysis determined that the amount of pure methamphetamine purchased on this date was 41.23 grams ± 0.01 grams with a purity rate of 97% ± 4% purity.

11. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that on or about July 30, 2019, and on or about August 8, 2019, **Christopher Allen FREDRICKS** knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that each violation involved five (5) grams or more of methamphetamine, a Schedule II controlled substance.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
J. Brian Whitworth, Special Agent
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this the ____ day of September, 2019.

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4